# IN THE SUPREME COURT OF THE STATE OF NEVADA

EQUITY TRUST COMPANY
CUSTODIAN FBO MELISSA SCALERA
IRA, A NEVADA ENTITY,
      Appellant,
vs.
BANK OF AMERICA, N.A., A
NATIONAL ASSOCIATION; AND
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
      Respondents.

No. 79679



FILED

JUN 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Tierra Danielle Jones, District Judge
     Hong & Hong
     Akerman LLP/Las Vegas
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-22296